**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1946

VIVIAN A. ANDERSON,

Plaintiff – Appellant,

v.

CITY OF DANVILLE, a Municipal Corporation; DANVILLE POLICE DEPARTMENT; DETECTIVE DAVID WHITLEY, and unknown John Doe(s); CITY OF CHESAPEAKE, a Municipal Corporation; MAGISTRATE SUE BREASETTE; CHESAPEAKE POLICE DEPARTMENT; OFFICER NATHANIEL F. MCGANTY; CHESAPEAKE COMMUNITY SERVICES BOARD; CLINICIAN MICHAEL GAY, in his official capacity; UNKNOWN JOHN DOE(S), all defendants in their official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Division of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:15-cv-00296-AWA-DEM)

Submitted: January 28, 2016          Decided: March 2, 2016

Before NIEMEYER, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vivian A. Anderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vivian A. Anderson appeals the district court's order dismissing her civil action for failure to comply with a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Anderson v. City of Danville, No. 2:15-cv-00296-AWA-DEM (E.D. Va. July 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED